IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| CHRIS PAPILLION | § | |
| VS. | § | CIVIL ACTION NO. 9:21-cv-82 |
| J. DICKERSON, ET AL. | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

    Plaintiff Chris Papillion, a prisoner currently confined at the Ramsey I Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Warden J. Dickerson, Captain Gibson, Lieutenant Abbott, Sergeant Burleson, and Warden B. Jackson.

    The court ordered that this matter be referred to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends denying Plaintiff's Motions for Injunctive Relief and for Temporary Restraining Order.

    The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (Doc. #19) is **ADOPTED**. Plaintiff's Motion for Injunctive Relief (Doc. #5) and Motion for Temporary Restraining Order (Doc. #7) are **DENIED**.

**SIGNED** this the 11 day of **March, 2022.**

_____
Thad Heartfield
United States District Judge