IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| CHRIS PAPILLION | § | |
| VS. | § | CIVIL ACTION NO. 9:21-cv-82 |
| J. DICKERSON, ET AL. | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Chris Papillion, a prisoner previously confined at the Polunsky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Warden J. Dickerson, Captain Gibson, Lieutenant Abbott, Sergeant Burleson, and Warden B. Jackson.

The action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

Plaintiff paid the filing fee, and he was issued summonses to serve the defendants on June 22, 2021. On February 16, 2022, Plaintiff was granted a thirty-day extension of time to serve the defendants. Pursuant to Federal Rule of Civil Procedure 4, Plaintiff is responsible for service of a summons and complaint on the defendants within the time allowed by the rules. It has been more than ninety days since summonses were issued to Plaintiff, and the defendants have not been served. As a result, this action should be dismissed pursuant to Federal Rule of Civil Procedure 4(m), which states the following:

> If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without

> prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Plaintiff bears the burden of proving good cause for failing to serve the defendants within the time frame set out in Rule 4. *Thrasher v. City of Amarillo*, 709 F.3d 509, 511 (5th Cir. 2013). To prove good cause, Plaintiff must show excusable neglect for failing to serve the defendants. In addition, to receive an extension of time to serve the defendants, Plaintiff must show good faith and a reasonable basis for noncompliance with the time set forth in the rule. *Id*.

Plaintiff has not shown good cause for failing to serve the defendants or requested an additional extension of time to serve the defendants. Therefore, unless Plaintiff shows good cause for failing to effect service within fourteen days, this action should be dismissed without prejudice.

## Recommendation

This action should be dismissed without prejudice unless Plaintiff shows good cause within fourteen days of the date this Report and Recommendation is entered for failing to serve the defendants.

## Objections

Within fourteen days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen days after service shall bar an aggrieved party from *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by

the district court except on grounds of plain error. *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

**SIGNED this the 2nd day of May, 2022.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE